# United States District Court
# For The Western District of North Carolina
# Statesville Division

Charles A. Davis,

    Plaintiff(s),                                      JUDGMENT IN A CIVIL CASE

vs.                                                      5:09CV139

Davidson Mortgage, Inc.;
Suntrust Mortgage, Inc., et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2011 Order.

                                                     Signed: May 25, 2011

                                                     Frank G. Johns, Clerk
                                                     United States District Court